AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
NOV 15 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| EDSON ALEJANDRO QUEJ PACAY | ) | 1:17MJ522 |
| a/k/a "Nery Pacay Quej," et al | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 25, 2017__ in the county of __Stafford__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant was found in the United States after having been denied admission, excluded, deported, and removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission in the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Raizza Ty/Allison Garnett

_____
Complainant's signature

Sean Dandridge, Deportation Officer, ICE
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 15 Nov 17

City and state: Alexandria, VA

/s/
_____
Ivan D. Davis
United States Magistrate Judge